**Order filed, October 18, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00807-CV

_____

**DONALD KILPATRICK, INDIVIDUALLY AND AS ASSIGNEE OF CAUSES OF ACTION OF JEREMY DICKS, Appellant**

**V.**

**NOBLE CAPITAL SERVICING, LLC, KAREEM HAJJAR, TRUSTEE, Appellee**

___

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2015-31821C**

___

## ORDER

The reporter's record in this case was due August 15, 2016. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Wilburn, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM